UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | Cr. No. 19-10446-RGS |
| ) | |
| 2.   JASON MIRANDA,           ) | |
| Defendant              ) | |

GOVERNMENT'S APPEAL OF DETENTION ORDER

The United States appeals the release order entered by the Magistrate Judge on September 17, 2021 (Docket No. 172).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2021.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney